> The motion is GRANTED AS AMENDED.
>
> /s/ Alistair E. Newbern
> Alistair E. Newbern
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE, et al,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **Robertson County Board of Education,** <br><br> **Defendant.** | Case No. 3:23-cv-00605 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiffs Jane Doe and John Doe as guardians and parents of C.S., a minor, ("Plaintiffs") and Defendant Robertson County Board of Education ("RCBE") (collectively, the "Parties") respectfully move this Court to amend the scheduling order as proposed below. The table below shows the current deadlines as ordered by the Court, including the expected trial date. It also shows the deadline proposed by the Parties.

| Deadline | Current Deadline | Proposed |
|---|---|---|
| Initial Disclosures | September 5, 2023 | |
| Motions to Amend or Add Parties | February 15, 2024 | April 1, 2024 |
| Joint Status Report on Resolution and ADR | March 13, 2024 | May 13, 2024 |
| Service of written discovery | October 31, 2023 | |
| Plaintiff's expert disclosures | February 15, 2024 | April 1, 2024 |
| Written discovery and Depositions of fact witnesses | February 28, 2024 | April 29, 2024 |
| Motions related to fact discovery | February 1, 2024 | April 1, 2024 |
| Joint Status Report on case resolution | March 13, 2024 | May 13, 2024 |

| Defendant's expert disclosures | March 29, 2024 | May 1, 2024 |
|---|---|---|
| Expert depositions | May 31, 2024 | June 17, 2024 |
| Dispositive motions | July 1, 2024 | ~~August 1, 2024~~ July 31, 2024 |
| Motions in limine and objections to experts | November 18, 2024 | November 18, 2024 |
| Joint proposed pre-trial order | November 25, 2024 | November 25, 2024 |
| Pretrial conference | December 2, 2024 | December 2, 2024 |
| Jury trial | December 10, 2024 | December 10, 2024 |

The Parties are seeking these extensions in good faith to pursue alternative dispute resolution, and not for reasons of delay. The proposed changes still comply with Local Rule 16.01(h)(1).

Respectfully submitted,

*/s/ Sara Naylor*
Samuel L. Jackson (No. 021541)
Bethany M. Vanhooser (No. 038594)
Sara D. Naylor (No. 037533)
Spencer Fane LLP
511 Union St., Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300
Facsimile: 615-238-6301
sjackson@spencerfane.com
bvanhooser@spencerfane.com
snaylor@spencerfane.com

*Attorneys for Defendant*

/s/ Peggy Pulley
Peggy Smith Pulley (No. 026603)
102 Cumberland Street
Ashland City, Tennessee 37015
(615) 845 -7277
peggy@psplaw.net

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the following was served via the Court's ECF system on January 29, 2024 to the following:

Peggy Smith Pulley
102 Cumberland Street
Ashland City, Tennessee 37015
(615) 845 -7277
peggy@psplaw.net

*Attorney for Plaintiffs*

/s/ Sara Naylor